**AVENTIS PHARMACEUTICALS, INC., Plaintiff/Counterclaim Defendant–Appellant,**

and

**Merrell Pharmaceuticals, Inc. and Carderm Capital L.P., Plaintiffs–Appellants,**

v.

**BARR LABORATORIES, INC., Defendant/Counterclaimant–Appellee,**

and

**Teva Pharmaceuticals USA, Inc., Defendant–Appellee.**

**Nos. 06–1213, 06–1313.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

---

Before RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

### PER CURIAM.

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.